## Greenstein, Seth

| | |
|---|---|
| **From:** | Michael Krashin [MKrashin@bannerwitcoff.com] |
| **Sent:** | Thursday, October 19, 2006 5:52 PM |
| **To:** | jingle@jacksonkelly.com; mfoley@rendigs.com; Greenstein, Seth; sbogart@reinhartlaw.com; ADesimone@sturgillturner.com; mwebster@wyattfirm.com; els@elswansonlaw.com; aco@morisi.com |
| **Cc:** | Binal Patel; Matt Becker; Jason Shull |
| **Subject:** | SCC v. Lexmark -- Subpoenas |
| **Attachments:** | Subpoena to Constantine.pdf; Subpoena to Jackson.pdf; Subpoena to Morisi.pdf; Subpoena to Reinhart.pdf; Subpoena to Rendigs.pdf; Subpoena to Sturgill.pdf; Subpoena to Swanson.pdf; Subpoena to Wyatt.pdf; Tab 1.pdf |

Please find the following subpoenas attached hereto seeking discovery relating to Pendl's advice of counsel defense:

Jackson & Kelly (attn: Jay Ingle)
Rendigs, Fry, Kiely & Dennis (attn: Michael Foley)
Constantine Cannon (attn: Seth Greenstein)
Reinhart Boerner Van Deuren (attn: Steven Bogart)
Morisi & Oatway (attn: Andrew Oatway)
Swanson and Associates (attn: Elizabeth L. Swanson)
Wyatt, Tarrant & Combs (attn: Mickey Webster)
Sturgill, Turner, Barker & Moloney (attn: Andrew DeSimone)

**Also attached hereto is Tab 1 to the subpoenas. Please note that the pages comprising Tab 1 have been designated "CONFIDENTIAL - ATTORNEY'S EYES ONLY."**

Please confirm that you will accept service of the subpoena directed to your respective law firm.

Michael L. Krashin
Banner & Witcoff, Ltd.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: (312) 463-5000
Fax: (312) 463-5001
E-mail: mkrashin@bannerwitcoff.com

CONFIDENTIALITY NOTICE: This message contains information from the law firm of Banner & Witcoff, Ltd. which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, use, retention, archiving, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail, telephone, or facsimile.

10/27/2006