## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**STATIC CONTROL COMPONENTS, INC.**

**Plaintiff,**

**v.**

**LEXMARK INT'L, INC.,**

**Defendant.**

Misc. Action No.  06-478 (JDB)

---

### SCHEDULING ORDER

Upon consideration of the motion to quash subpoena filed by Constantine Cannon, P.C. ("Constantine Cannon") on October 30, 2006, it is this 1st day of November, 2006, hereby **ORDERED** as follows:

Lexmark International, Inc. ("Lexmark") shall file an opposition to the motion to quash by not later than November 9, 2006.

Constantine Cannon shall file any reply to Lexmark's opposition by not later than November 16, 2006.

JOHN D. BATES
United States District Judge

## Service List:

Seth D. Greenstein
Julie Chen Clocker
CONSTANTINE CANNON, P.C.
1627 Eye Street, N.W.
Washington, D.C. 2006
Fax: (202) 204-3501
*Counsel for Static Control Components, Inc.*

Paul E. Poirot
William Barrett
MCDERMOTT, WILL & EMERY
600 13th Street, N.W.,
Washington, D.C. 20005
Fax: 202-756-8087
*Counsel for Static Control Components, Inc.*

Joseph C. Smith, Jr.
Bartlit Beck Herman Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Fax (303) 592-3140
*Counsel for Static Control Components, Inc.*

Charles F. Shivel, Jr.
Steven B. Loy
Hanly A. Ingram
STOLL, KEENON & PARK, LLP
300 West Vine St., Suite 2100
Lexington, KY 40507
Fax: (859) 253-1093
*Counsel for Lexmark Int'l, Inc.*

Joseph M. Potenza
BANNER & WITCOFF, LTD.
1001 G Street, NW, 11th Floor
Washington, DC 20001
Fax: (202) 508-9299
*Counsel for Lexmark Int'l, Inc.*

Michael L. Krashin
Christopher J. Renk
Binal J. Patel
Jason S. Shull
Timothy C. Meece
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Fax: (312) 715-1234
*Counsel for Lexmark Int'l, Inc.*

3

82782.1

David A. Shirlen
Mark N. Poovey
John F. Morrow, Jr.
WOMBLE CARLYLE SANDRIDGE
 AND RICE, PLLC
One West Fourth St.
Winston-Salem, NC 27101
Fax: (336) 721-3660
*Counsel for Lexmark Int'l, Inc.*

Andrew D. DeSimone
Douglas L. McSwain
STURGILL, TURNER, BARKER
 & MOLONEY PLLC
155 E. Main St., Suite 400
Lexington, KY 40507-1317
Fax: (859) 231-0851
*Counsel for Wazana Brothers Int'l, Inc.*

A. Steven Dotan
Darren S. Enenstein
Ned Gelhaar
James M. Gilbert
Jeffrey R. Glassman
Gregory Kim
Kimberly D. Lewis
Steven E. Moyer
Ira M. Siegel
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH, LLP
1925 Century Park East, 16th Floor
Los Angeles, CA 90067
*Counsel for Wazana Brothers Int'l, Inc.*

Joel T. Beres
Jack A. Wheat
Jennifer L. Kovalcik
STITES & HARBISON, PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
Fax: (502) 587-6391
*Counsel for Pendl Cos., Inc.*

Daniel E. Danford
Elizabeth L. Thompson
STITES & HARBISON, PLLC
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507
Fax: (859) 253-9144
*Counsel for Pendl Cos., Inc.*

Jay E. Ingle
JACKSON & KELLY
175 E. Main Street
P.O. Box 2150

4

82782.1

Lexington, KY 40588
Fax: (859) 288-2849
*Counsel for NER Data Products, Inc.*

82782.1

Thomas C. O'Konski
Michael R. Reinemann
CESARI & MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Fax: (617) 951-3927
*Counsel for NER Data Products, Inc.*

Andrew C. Oatway
MORISI & OATWAY
1400 Hancock St., 3rd Floor
Quincy, MA 02169
Fax: (617) 479-6885
*Counsel for NER Data Products, Inc.*

6

82782.1