UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br><br> DEFENDANT/COUNTERCLAIM PLAINTIFF <br><br> v. <br><br> WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> PENDL COMPANIES, INC. <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> NER DATA PRODUCTS, INC. <br><br> COUNTERCLAIM DEFENDANT | Civil Action No. 04-CV-84-GFVT <br> Pending in United States District Court <br> East District of Kentucky <br> Honorable Gregory F. Van Tatenhove <br><br> Miscellaneous Action No. 06-00478-JDB |

## PROPOSED ORDER

Upon consideration of Defendant and Counterclaim Plaintiff Lexmark International, Inc.'s ("Lexmark") Motion for Leave to File Sur-Reply, it is hereby **ORDERED** as follows:

Lexmark's Motion for Leave to File Sur-Reply is granted.

SIGNED and ENTERED this _____ day of _____, 2006.

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATIC CONTROL COMPONENTS, INC.,<br><br>    PLAINTIFF/COUNTERCLAIM<br>    DEFENDANT<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>    DEFENDANT/COUNTERCLAIM<br>    PLAINTIFF<br><br>v.<br><br>WAZANA BROTHERS INTERNATIONAL,<br>INC. d/b/a MICRO SOLUTIONS ENTERPRISES<br><br>    COUNTERCLAIM DEFENDANT<br><br>v.<br><br>PENDL COMPANIES, INC.<br><br>    COUNTERCLAIM DEFENDANT<br><br>v.<br><br>NER DATA PRODUCTS, INC.<br><br>    COUNTERCLAIM DEFENDANT | Civil Action No. 04-CV-84-GFVT<br>Pending in United States District Court<br>East District of Kentucky<br>Honorable Gregory F. Van Tatenhove<br><br>Miscellaneous Action No. 06-00478-JDB |

## PROPOSED ORDER

Upon consideration of Defendant and Counterclaim Plaintiff Lexmark International, Inc.'s ("Lexmark") Motion for Leave to File Sur-Reply, it is hereby **ORDERED** as follows:

Lexmark's Motion for Leave to File Sur-Reply is granted.

SIGNED and ENTERED this _____ day of _____, 2006.

_____
United States District Judge