UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., | |
|     PLAINTIFF/COUNTERCLAIM DEFENDANT | |
| v. | |
| LEXMARK INTERNATIONAL, INC., | |
|     DEFENDANT/COUNTERCLAIM PLAINTIFF | Civil Action No. 04-CV-84-GFVT<br>Pending in United States District Court<br>East District of Kentucky<br>Honorable Gregory F. Van Tatenhove |
| v. | |
| WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES | Miscellaneous Action No. 06-00478-JDB |
|     COUNTERCLAIM DEFENDANT | |
| v. | |
| PENDL COMPANIES, INC. | |
|     COUNTERCLAIM DEFENDANT | |
| v. | |
| NER DATA PRODUCTS, INC. | |
|     COUNTERCLAIM DEFENDANT | |

**LEXMARK INTERNATIONAL, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO CONSTANTINE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA SERVED ON OPPOSING PARTY'S TRIAL COUNSEL**

Defendant and Counterclaim Plaintiff Lexmark International, Inc. ("Lexmark") respectfully moves for leave to file the attached Sur-Reply. Lexmark seeks leave to file this Sur-

Reply to respond to new arguments raised by Constantine Cannon, P.C ("Constantine") in its reply in support of Constantine's motion to quash and inform the Court of related developments.

As explained in the Sur-Reply, Constantine's motion to quash should be held in abeyance until the motions related to the scope of the waiver by Pendl Companies, Inc. are resolved in the underlying litigation in the Eastern District of Kentucky.

In view of the foregoing, Lexmark respectfully requests that leave to file the attached Sur-Reply be granted.

Respectfully submitted,

Dated: November 30, 2006

By: _____

Joseph M. Potenza
Robert S. Katz
Frederic M. Meeker
Christopher B. Roth
BANNER & WITCOFF, LTD.
1001 G Street, N.W., Suite 1100
Washington, DC 20001
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Mark T. Banner
Christopher J. Renk
Timothy C. Meece
Binal J. Patel
Matthew P. Becker
Jason S. Shull
Robert H. Resis
Allen E. Hoover
Bradley Rademaker
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000

Facsimile: (312) 463-5001

Andrew CopenHaver
Hada Haulsee
WOMBLE CARLYLE SANDRIDGE
AND RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3629
Facsimile: (336) 721-3660

Charles E. Shivel, Jr.
Steven B. Loy
Hanly A. Ingram
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253 1093

**Attorneys for
Defendant/Counterclaim Plaintiff,
Lexmark International, Inc.**

## CERTIFICATION

This is to certify that a true and accurate copy of the foregoing has been served November 30, 2006 via email (on * individuals) and U.S. Mail as follows:

**COUNSEL FOR STATIC CONTROL COMPONENTS, INC.**

| | |
|---|---|
| Mickey T. Webster<br>W. Craig Robertson, III<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507 | Seth D. Greenstein[*]<br>CONSTANTINE CANNON, PC<br>1627 Eye Street, N.W.<br>Tenth Floor<br>Washington, DC 20006 |
| Paul E. Poirot[*]<br>William H. Barrett<br>Melise R. Blakeslee<br>Stefan M. Meisner<br>MCDERMOTT, WILL & EMERY<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096 | Kevin M. Bolan<br>MCDERMOTT, WILL & EMERY<br>28 State Street<br>Boston, MA 02109-1775 |
| William L. London<br>STATIC CONTROL COMPONENTS, INC.<br>3010 Lee Avenue, P.O. Box 152<br>Sanford, North Carolina 27331 | Allison W. Freedman<br>James B. Heaton, III<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP<br>54 W. Hubbard Street<br>Chicago, IL 60610 |
| Joseph C. Smith, Jr.[*]<br>Alison G. Wheeler<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202 | |

**COUNSEL FOR WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES**

| | |
|---|---|
| Andrew D. DeSimone<br>Douglas L. McSwain<br>STURGILL, TURNER, BARKER<br>& MOLONEY, PLLC<br>155 E. Main St., Suite 400<br>Lexington, KY 40507-1317 | A. Steven Dotan[*]<br>Darren S. Enenstein<br>Geronimo Perez<br>Ned Gelhaar<br>O. Andrew Wheaton<br>Stephen J. Rafferty<br>MOLDO, DAVIDSON, FRAIOLI, SEROR &<br>SESTANOVICH, LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 |
| Elizabeth L. Swanson<br>SWANSON AND ASSOCIATES<br>9454 Wilshire Boulevard<br>Suite 500<br>Beverly Hills, CA 90212 | Steven P. Bogart<br>REINHART BOERNER VAN DEUREN S.C.<br>1000 N. Water Street<br>Suite 2100<br>Milwaukee, WI 53202 |

**COUNSEL FOR NER DATA PRODUCTS, INC.**

| | |
|---|---|
| Andrew C. Oatway<br>MORISI & OATWAY<br>1400 Hancock St., 3rd Floor<br>Quincy, MA 02169 | Thomas C. O'Konski<br>Michael R. Reinemann[*]<br>CESARI & MCKENNA, LLP<br>88 Black Falcon Avenue<br>Boston, Massachusetts 02210 |
| Jay E. Ingle<br>JACKSON & KELLY<br>175 E. Main Street<br>P.O. Box 2150<br>Lexington, KY 40588 | Daniel E. Danford<br>Elizabeth L. Thompson<br>STITES & HARBISON, PLLC<br>250 W. Main Street<br>2300 Lexington Financial Officer<br>Lexington, KY 40507 |

**COUNSEL FOR NER PENDL COMPANIES, INC.**

| | |
|---|---|
| Joel T. Beres[*]<br>Jack A. Wheat<br>Jennifer L. Kovalcik<br>William Charles Ferrell, Jr.<br>STITES & HARBISON, PLLC<br>400 West Market Street<br>Suite 1800<br>Louisville, KY 40202-3352 | James R. Michels[*]<br>STITES & HARBISON, PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219 |
| David H. Weber<br>LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.<br>231 South Adams Street<br>Green Bay, WI 54301 | Michael P. Foley<br>RENDIGS, FRY, KIELY & DENNIS, L.L.P.<br>900 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202-3688 |

BY: _____
ATTORNEYS FOR LEXMARK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC.,<br><br>    PLAINTIFF/COUNTERCLAIM<br>    DEFENDANT<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>    DEFENDANT/COUNTERCLAIM<br>    PLAINTIFF<br><br>v.<br><br>WAZANA BROTHERS INTERNATIONAL,<br>INC. d/b/a MICRO SOLUTIONS ENTERPRISES<br><br>    COUNTERCLAIM DEFENDANT<br><br>v.<br><br>PENDL COMPANIES, INC.<br><br>    COUNTERCLAIM DEFENDANT<br><br>v.<br><br>NER DATA PRODUCTS, INC.<br><br>    COUNTERCLAIM DEFENDANT | Civil Action No. 04-CV-84-GFVT<br>Pending in United States District Court<br>East District of Kentucky<br>Honorable Gregory F. Van Tatenhove<br><br>Miscellaneous Action No. 06-00478-JDB |

**PROPOSED ORDER**

Upon consideration of Defendant and Counterclaim Plaintiff Lexmark International, Inc.'s ("Lexmark") Motion for Leave to File Sur-Reply, it is hereby **ORDERED** as follows:

Lexmark's Motion for Leave to File Sur-Reply is granted.

SIGNED and ENTERED this _____ day of _____, 2006.

_____
United States District Judge