UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| |
|---|
| STATIC CONTROL COMPONENTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> LEXMARK INT'L, INC., <br><br> Defendant. |

Misc. Action No. 06-478 (JDB)

## ORDER

Before the Court is the motion of the law firm of Constantine Cannon, P.C. ("Constantine Cannon") to quash a subpoena served by Lexmark International, Inc. ("Lexmark") seeking deposition testimony and production of documents from Constantine Cannon. The subpoena was served by Lexmark in connection with its patent infringement counterclaims pending in the Eastern District of Kentucky in Static Control Components, Inc. v. Lexmark Int'l, Inc., Civil Action No. 04-CV-0084-GFVT, in which, among other things, Lexmark alleges that Static Control Components ("Static Control"), Pendl Companies, Inc. ("Pendl") and others have infringed a patent held by Lexmark. Constantine Cannon is trial counsel for Static Control, and claims that the subpoena served on it seeks documents and testimony protected by the attorney-client privilege, the work product doctrine, and the joint defense privilege, based on Lexmark's erroneous contention that Pendl's assertion of an advice-of-counsel defense in the Kentucky litigation has waived not only Pendl's own privileges, but also those held by Static Control and Constantine Cannon.

Lexmark now requests that Constantine Cannon's motion be held in abeyance until certain

pending discovery motions are resolved in the Kentucky litigation. These include a motion by Constantine Cannon's co-counsel, Wyatt, Tarrant & Combs ("Wyatt"), to quash a subpoena from Lexmark that is substantially the same as the subpoena served on Constantine Cannon that is at issue before this Court. The Court has reviewed Wyatt's motion to quash (Lexmark's Surreply, Ex. O), and it is apparent that the identical issues raised by Constantine Cannon before this Court are also pending before the Kentucky court. Lexmark further notes that Pendl has filed a motion for protective order (id., Ex. L) in the Kentucky court that may have an impact on the outcome of Constantine Cannon's motion to quash.

In the interests of efficiency and judicial comity, the Court will defer ruling on Constantine Cannon's motion to quash until the Kentucky court has ruled on the motions filed by Wyatt and Pendl. Constantine Cannon is correct that it appropriately filed its motion to quash in this Court pursuant to Fed. R. Civ. P. 45(c)(1). But as a general matter, to the extent feasible, it is preferable that the trial court should resolve issues relating to discovery, rather than having a court unfamiliar with the underlying case and its history take on such matters. Considering that, as a practical matter, it is Lexmark's own subpoena that is being held in abeyance, the Court can discern no significant prejudice to Constantine Cannon from granting Lexmark's request.

Accordingly, it is hereby

ORDERED that [9] Lexmark's motion for leave to file a surreply brief is GRANTED; it is further

ORDERED that this action shall be held in abeyance pending further Order of the Court; and it is further

ORDERED that the parties shall submit a status report to the Court by not later than January 19, 2006, and shall therein describe the status of the above-referenced Wyatt and Pendl

motions and any other related matters that may affect disposition of Constantine Cannon's motion to quash.

SO ORDERED.

                                                                      /s/ John D. Bates
                                                                      JOHN D. BATES
                                                                      United States District Judge

Date:   December 8, 2006

**Service List:**

Seth D. Greenstein
Julie Chen Clocker
CONSTANTINE CANNON, P.C.
1627 Eye Street, N.W.
Washington, D.C. 2006
Fax: (202) 204-3501
*Counsel for Static Control Components, Inc.*

Paul E. Poirot
William Barrett
MCDERMOTT, WILL & EMERY
600 13th Street, N.W.,
Washington, D.C. 20005
Fax: 202-756-8087
*Counsel for Static Control Components, Inc.*

Joseph C. Smith, Jr.
Bartlit Beck Herman Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Fax (303) 592-3140
*Counsel for Static Control Components, Inc.*

Charles F. Shivel, Jr.
Steven B. Loy
Hanly A. Ingram
STOLL, KEENON & PARK, LLP
300 West Vine St., Suite 2100
Lexington, KY 40507
Fax: (859) 253-1093
*Counsel for Lexmark Int'l, Inc.*

Joseph M. Potenza
BANNER & WITCOFF, LTD.
1001 G Street, NW, 11th Floor
Washington, DC 20001
Fax: (202) 508-9299
*Counsel for Lexmark Int'l, Inc.*

Michael L. Krashin
Christopher J. Renk
Binal J. Patel
Jason S. Shull
Timothy C. Meece
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Fax: (312) 715-1234
*Counsel for Lexmark Int'l, Inc.*

82782.1

David A. Shirlen
Mark N. Poovey
John F. Morrow, Jr.
WOMBLE CARLYLE SANDRIDGE
 AND RICE, PLLC
One West Fourth St.
Winston-Salem, NC 27101
Fax: (336) 721-3660
*Counsel for Lexmark Int'l, Inc.*

Andrew D. DeSimone
Douglas L. McSwain
STURGILL, TURNER, BARKER
 & MOLONEY PLLC
155 E. Main St., Suite 400
Lexington, KY 40507-1317
Fax: (859) 231-0851
*Counsel for Wazana Brothers Int'l, Inc.*

A. Steven Dotan
Darren S. Enenstein
Ned Gelhaar
James M. Gilbert
Jeffrey R. Glassman
Gregory Kim
Kimberly D. Lewis
Steven E. Moyer
Ira M. Siegel
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH, LLP
1925 Century Park East, 16th Floor
Los Angeles, CA 90067
*Counsel for Wazana Brothers Int'l, Inc.*

Joel T. Beres
Jack A. Wheat
Jennifer L. Kovalcik
STITES & HARBISON, PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
Fax: (502) 587-6391
*Counsel for Pendl Cos., Inc.*

Daniel E. Danford
Elizabeth L. Thompson
STITES & HARBISON, PLLC
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507
Fax: (859) 253-9144
*Counsel for Pendl Cos., Inc.*

Jay E. Ingle
JACKSON & KELLY
175 E. Main Street
P.O. Box 2150

82782.1

Lexington, KY 40588
Fax: (859) 288-2849
*Counsel for NER Data Products, Inc.*

82782.1

Thomas C. O'Konski
Michael R. Reinemann
CESARI & MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Fax: (617) 951-3927
*Counsel for NER Data Products, Inc.*

Andrew C. Oatway
MORISI & OATWAY
1400 Hancock St., 3rd Floor
Quincy, MA 02169
Fax: (617) 479-6885
*Counsel for NER Data Products, Inc.*

82782.1