UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATIC CONTROL COMPONENTS, INC.<br><br>    PLAINTIFF<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br><br>    DEFENDANT | Misc. Action No. 06-478 (JDB) |

**CONSTANTINE CANNON LLP'S NOTICE OF RULING:**

**ORDER ON PETITION FOR WRIT OF MANDAMUS
REGARDING *IN RE ECHOSTAR*, DATED JANUARY 26, 2007**

Constantine Cannon LLP ("Constantine Cannon") respectfully notifies this Court of an Order, dated January 26, 2007, by the United States Court of Appeals for the Federal Circuit in *In re Seagate Technology LLC*, a copy of which is attached hereto. The Order grants a Petition for a Writ of Mandamus to consider *en banc* the following questions:

(1) Should a party's assertion of the advice of counsel defense to willful infringement extend waiver of the attorney-client privilege to communications with that party's trial counsel? See In re EchoStar Commc'n Corp., 448 F.3d 1294 (Fed. Cir. 2006).

(2) What is the effect of any such waiver on work-product immunity?

(3) Given the impact of the statutory duty of care standard announced in Underwater Devices, Inc. v. Morrison-Knudsen Co., 717 F.2d 1380 (Fed. Cir. 1983), on the issue of waiver of attorney-client privilege, should this court reconsider the decision in Underwater Devices and the duty of care standard itself?

86567.1

*In re Echostar* has been cited by both Lexmark International Inc. and Constantine Cannon in connection with this motion to quash.

Dated: January 29, 2007                    Respectfully submitted,

   /s/  Julie Chen Clocker
Seth D. Greenstein (DC Bar # 416733)
Julie Chen Clocker (DC Bar # 435434)
CONSTANTINE CANNON LLP
1627 Eye Street, N.W.
Washington, DC 20006
Telephone (202) 204-3509
Fax (202) 204-3501

*For itself and as attorneys for
Plaintiff/Counterclaim Defendant*
STATIC CONTROL COMPONENTS, INC.

2

86567.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served this 29th day of January 2007 by electronic mail to the following (*) individuals:

Charles F. Shivel, Jr.
Steven B. Loy*
Hanly A. Ingram
STOLL, KEENON & PARK, LLP
300 West Vine St., Suite 2100
Lexington, KY 40507
Fax: (859) 253-1093
Steven.Loy@SKOFirm.com
*Counsel for Lexmark Int'l, Inc.*

Joseph M. Potenza*
BANNER & WITCOFF, LTD.
1001 G Street, NW, 11th Floor
Washington, DC 20001
Fax: (202) 508-9299
JPotenza@BannerWitcoff.com
*Counsel for Lexmark Int'l, Inc.*

Michael L. Krashin
Christopher J. Renk
Binal J. Patel*
Jason S. Shull
Timothy C. Meece
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Fax: (312) 715-1234
BPatel@BannerWitcoff.com
*Counsel for Lexmark Int'l, Inc.*

Andrew CopenHaver
Hada Haulsee
WOMBLE CARLYLE SANDRIDGE
 AND RICE, PLLC
One West Fourth St.
Winston-Salem, NC 27101
Fax: (336) 721-3660
ACopenHaver@WCSR.com
*Counsel for Lexmark Int'l, Inc.*

Andrew D. DeSimone*
Douglas L. McSwain
STURGILL, TURNER, BARKER
 & MOLONEY PLLC
155 E. Main St., Suite 400
Lexington, KY 40507-1317
Fax: (859) 231-0851
ADesimone@SturgillTurner.com
*Counsel for Wazana Brothers Int'l, Inc.*

A. Steven Dotan*
Darren S. Enenstein
Ned Gelhaar
James M. Gilbert
Jeffrey R. Glassman
Gregory Kim
Kimberly D. Lewis
Steven E. Moyer
Ira M. Siegel
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH, LLP
1925 Century Park East, 16th Floor
Los Angeles, CA 90067
SDotan@MDFSLaw.com
*Counsel for Wazana Brothers Int'l, Inc.*

Joel T. Beres*
Jack A. Wheat
Jennifer L. Kovalcik
STITES & HARBISON, PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
Fax: (502) 587-6391
JBeres@Stites.com
*Counsel for Pendl Cos., Inc.*

Daniel E. Danford*
Elizabeth L. Thompson
STITES & HARBISON, PLLC
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507
Fax: (859) 253-9144
DDanford@Stites.com
*Counsel for Pendl Cos., Inc.*

Jay E. Ingle*
JACKSON & KELLY

86567.1

175 E. Main Street
P.O. Box 2150
Lexington, KY 40588
Fax: (859) 288-2849
Jingle@JacksonKelly.com
*Counsel for NER Data Products, Inc.*

Thomas C. O'Konski*
Michael R. Reinemann
CESARI & MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Fax: (617) 951-3927
TOK@C-M.com
*Counsel for NER Data Products, Inc.*

Andrew C. Oatway
MORISI & OATWAY
1400 Hancock St., 3rd Floor
Quincy, MA 02169
Fax: (617) 479-6885
ACO@Morisi.com
*Counsel for NER Data Products, Inc*.



　　　／ s / Julie Chen Clocker
Julie Chen Clocker

NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 830

IN RE SEAGATE TECHNOLOGY, LLC,

Petitioner.

ON PETITION FOR WRIT OF MANDAMUS

Before MICHEL, Chief Judge, NEWMAN, MAYER, LOURIE, RADER, SCHALL, BRYSON, GAJARSA, LINN, DYK, PROST, and MOORE, Circuit Judges.

PER CURIAM.

O R D E R

This petition for writ of mandamus, having been reviewed by the Motions Panel, was thereafter referred to the circuit judges who are in regular active service and authorized to request a poll on whether to hear this matter en banc.  A poll was requested, taken, and the court has decided sua sponte that the petition is appropriate for en banc consideration,

IT IS ORDERED THAT:

The parties are invited to address the following questions:

(1) Should a party's assertion of the advice of counsel defense to willful infringement extend waiver of the attorney-client privilege to communications with that party's trial counsel?  See In re EchoStar Commc'n Corp., 448 F.3d 1294 (Fed. Cir. 2006).

(2) What is the effect of any such waiver on work-product immunity?

(3) Given the impact of the statutory duty of care standard announced in Underwater Devices, Inc. v. Morrison-Knudsen Co., 717 F.2d 1380 (Fed. Cir.

1983), on the issue of waiver of attorney-client privilege, should this court reconsider the decision in <u>Underwater Devices</u> and the duty of care standard itself?

This petition will be heard en banc on the basis of the new briefs addressing, inter alia, the issues set forth above.  An original and thirty copies of all briefs shall be filed, and two copies served on opposing counsel.  The Petitioner shall file a brief within thirty days from the date of the filing of this order. The brief from the Respondent is due thirty days thereafter; and any reply brief from the Petitioner is due ten days thereafter. Briefs shall adhere to the type-volume limitations set forth in Federal Rule of Appellate Procedure 32 and Federal Circuit Rule 32.

Motions to file an amicus brief and to file a reply brief are denied as moot. The motion to vacate the temporary stay issued by this court is denied.  MAYER, <u>Circuit Judge</u>, would grant the motion.

Briefs of amici curiae will be entertained in accordance with Federal Rule of Appellate Procedure 29 and Federal Circuit Rule 29.  Scheduling of oral argument, if any, will be resolved at a later date.

                                       FOR THE COURT

   January 26, 2007                                    /s/ Jan Horbaly
        Date                                        Jan Horbaly
                                                  Clerk

cc:   Brian E. Ferguson, Esq.
      Debra Brown Steinberg, Esq.
      Alison M. Tucher, Esq.
      U.S.D.C. SD/NY, Clerk
      U.S.D.C. SD/NY, Judge