UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATIC CONTROL COMPONENTS, INC.,

    PLAINTIFF/COUNTERCLAIM
    DEFENDANT

v.

LEXMARK INTERNATIONAL, INC.,

    DEFENDANT/COUNTERCLAIM
    PLAINTIFF

v.

WAZANA BROTHERS INTERNATIONAL,
INC. d/b/a MICRO SOLUTIONS ENTERPRISES

    COUNTERCLAIM DEFENDANT

v.

PENDL COMPANIES, INC.

    COUNTERCLAIM DEFENDANT

v.

NER DATA PRODUCTS, INC.

    COUNTERCLAIM DEFENDANT

**FILED**

APR 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 04-CV-84-GFVT
Pending in United States District Court
Eastern District of Kentucky
Honorable Gregory F. Van Tatenhove

Miscellaneous Action No. 06-00478-JDB

### LEXMARK'S AND CONSTANTINE CANNON'S STIPULATED WITHDRAWAL OF LEXMARK'S SUBPOENA TO CONSTANTINE CANNON

This matter is before the Court as a result of: i) Lexmark International, Inc. ("Lexmark") serving a subpoena on Constantine Cannon LLP ("Constantine Cannon"), trial counsel for Static Control Components, Inc. ("SCC") in the underlying action pending in the Eastern District of Kentucky; and ii) Constantine Cannon moving this Court to quash Lexmark's subpoena (D.E. No. 1).

By agreement of Lexmark and Constantine Cannon, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Lexmark's October 19, 2006 subpoena served on Constantine Cannon is withdrawn;

2. Constantine Cannon's and SCC's request for costs (including attorneys' fees) in conjunction with its motion to quash Lexmark's subpoena is withdrawn; and

3. Constantine Cannon's motion to quash Lexmark's subpoena (D.E. No. 1) is **DENIED** as moot.

Entered this 31st day of March, 2007

AGREED TO:

| /s/ Christopher B. Roth | /s/ Julie Chen Clocker (w/ permission by CBR) |
|---|---|
| Joseph M. Potenza (D.C. Bar #232637) | Seth D. Greenstein (D.C. Bar # 416733) |
| Robert S. Katz (D.C. Bar # 438901) | Julie Chen Clocker (D.C. Bar # 435434) |
| Frederic M. Meeker (D.C. Bar # 439945) | Constantine Cannon LLP |
| Christopher B. Roth (D.C. Bar # 473052) | 1627 Eye Street, NW |
| BANNER & WITCOFF, LTD. | Tenth Floor |
| 1100 13th Street, N.W., Suite 1200 | Washington, D.C. 20006 |
| Washington, DC 20005 | Telephone: (202) 204-3500 |
| Telephone: (202) 824-3000 | Facsimile: (202) 204-3501 |
| Facsimile: (202) 824-3001 | |

Charles E. Shivel, Jr.
Steven B. Loy
Hanly A. Ingram
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253 1093

Mark T. Banner (D.C. Bar # 448094)
Christopher J. Renk (D.C. Bar # 428239)
Timothy C. Meece
Binal J. Patel
Matthew P. Becker
Jason S. Shull
Michael L. Krashin
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

W. Andrew Cophenhaver
Hada V. Haulsee
WOMBLE CARLYLE SANDRIDGE
AND RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3655
Facsimile: (336) 721-3660

**Attorneys for Defendant/Counterclaim Plaintiff Lexmark International, Inc.**

**Attorneys for Constantine Cannon and Plaintiff/Counterclaim Defendant Static Control Components, Inc.**

Copies to:

**VIA U.S. MAIL**
W. Craig Robertson III
Mickey T. Webster
Sharon L. Gold
Wyatt Tarrant & Combs, LLP
250 W. Main Street, Suite 1600
Lexington, KY 40507
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Seth D. Greenstein
Constantine Cannon, P.C.
1627 Eye Street, NW
Tenth Floor
Washington, D.C. 20006
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Stefan M. Meisner, William H. Barrett,
Melise R. Blakeslee, Paul E. Poirot, John J. Dabney
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Kevin M. Bolan
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
James B. Heaton, III
Allison W. Freedman
Christopher D. Landgraff
Barlit Beck Herman Palenchar & Scott, LLP – Chicago
54 W. Hubbard Street
Suite 300
Chicago, IL 60610
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Joseph C. Smith, Jr.
Alison G. Wheeler
John M. Hughes
Barlit Beck Herman Palenchar & Scott, LLP – Denver
1899 Wynkoop Street
8th Floor
Denver, CO 80202
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Stanley L. Amberg
11 Carolyn Lane
Chappaqua, New York 10514
Attorneys for Static Control Components, Inc

**VIA U.S. MAIL**
Douglas L. McSwain
Andrew DeSimone
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1400
Lexington, KY 40507
Attorneys for Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises

**VIA U.S. MAIL**
Darren S. Enenstein; Steven Dotan
Ned Gelhaar; O. Andrew Wheaton
Geronimo Perez
Richardson & Patel LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90024
Attorneys for Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises

**VIA U.S. MAIL**
Elizabeth L. Swanson
Swanson and Associates
9454 Wilshire Boulevard
Suite 500
Beverly Hills, CA 90212
Attorneys for Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises

**VIA U.S. MAIL**
Andrew Oatway
Morisi & Oatway, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA 02169-5203
Attorneys for NER Data Products, Inc

**VIA U.S. MAIL**
Michael R. Reinemann
Thomas C. O'Konski
Martin J. O'Donnell
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, Massachusetts 02210
Attorneys for NER Data Products, Inc

**VIA U.S. MAIL**
Jay E. Ingle
Jackson Kelly PLLC
P.O. Box 2150
175 E. Main Street, Suite 500
Lexington, KY 40588-9945
Attorneys for NER Data Products, Inc

**VIA U.S. MAIL**
John M. Famularo
Elizabeth Thompson
Daniel E. Danford
Stites & Harbison, PLLC
Suite 2300, 250 W. Main Street
Lexington, KY 40507
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
Jack A. Wheat; Joel T. Beres
Jennifer Kovalcik; William Charles Ferrell, Jr.
John W. Scruton; Carol Dan Browning
Matthew A. Gillies; Julie McDonnell Payne
Jack A. Jeziorski; Jeffrey A. Haeberlin
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
James R. Michels
Alexandra MacKay
Stites & Harbison, PLLC
424 Church Street, Suite 1800
Nashville, TN 37219
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
David H. Weber
Liebmann, Conway, Olejniczak
& Jerry, S.C.
231 South Adams Street
Green Bay, Wisconsin 54301
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
Terry J. Booth
Amy E. Wochos
Piper & Schmidt
Fifth Floor – Van Buren Building
733 North Van Buren Street
Milwaukee, WI 53202-4709
Attorneys for American Family Mutual Insurance Company

By: _____/s/ Christopher B. Roth_____
Attorneys for Lexmark International, Inc.